IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02900-WYD-KLM

JOSEPH CHAISSON,

    Plaintiff,

v.

NAVIENT CORPORATION,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulation of Dismissal of Case With Prejudice (ECF No. 14). After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice, each party to bear its own costs. Accordingly, it is

ORDERED that the Stipulation of Dismissal of Case With Prejudice (ECF No. 14) is **APPROVED.** This matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated: February 5, 2015

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE